IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON JACKSON**                                                                   **PLAINTIFF**

v.                                No. 4-07-CV-737-BSM

**HAND CUT STEAKS OF LAKEWOOD, INC.**                      **DEFENDANT**

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties agree to a dismissal of plaintiff's complaint, with prejudice. For good cause shown, and pursuant to the agreement of the parties, the court enters this order.

IT IS THEREFORE ORDERED that Plaintiff's Complaint be, and it is hereby, DISMISSED WITH PREJUDICE. The relief sought is denied. All parties will bear their own costs.

IT IS SO ORDERED, this 24th day of September, 2008.

_____
HONORABLE BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE